**AQUATEK ENVIRONMENTAL CONSULTING, INC.**
*5 Regent Street, Suite 507*
*Livingston, New Jersey 07039*

# Projected Cash Flow
### May 2010 through July 2010

|  | May | June | July | Total |
|---|---:|---:|---:|---:|
| **SALES** | | | | |
|     CONSULTING INCOME | 60,000 | 60,000 | 60,000 | 60,000 |
|     SUBCONTRACTOR INCOME | 75,000 | 75,000 | 75,000 | 225,000 |
| Total Income | 135,000 | 135,000 | 135,000 | 285,000 |
|  | | | | |
| **COST OF SALES** | | | | |
|     PURCHASES | 64,200 | 64,200 | 64,200 | 64,200 |
|     DIRECT LABOR | 26,600 | 26,600 | 26,600 | 26,600 |
| Total Cost Of Sales | 90,800 | 90,800 | 90,800 | 272,400 |
|  | | | | |
| Gross Profit | 44,200 | 44,200 | 44,200 | 132,600 |
|  | | | | |
| **EXPENSES** | | | | |
| **OPERATING EXPENSES** | | | | |
|     RENT | 4,700 | 4,700 | 4,700 | 14,100 |
|     UTILITIES | 600 | 600 | 600 | 1,800 |
|     SUPPLIES | 1,450 | 1,450 | 1,450 | 4,350 |
|     INSURANCE | 4,100 | 4,100 | 4,100 | 12,300 |
|     REPAIRS AND MAINTENANCE | 1,750 | 1,750 | 1,750 | 5,250 |
|     AUTO EXPENSE | 850 | 850 | 850 | 2,550 |
| **GENERAL & ADMIN EXPENSES** | | | | |
|     OFFICER SALARIES | 12,500 | 12,500 | 12,500 | 37,500 |
|     BANK CHARGES | 200 | 200 | 200 | 600 |
|     DATA PROCESSING | 600 | 600 | 600 | 1,800 |
|     DUES & SUBSCRIPTIONS | 750 | 750 | 750 | 2,250 |
|     EQUIPMENT RENTAL | 800 | 800 | 800 | 2,400 |
|     OFFICE | 650 | 650 | 650 | 1,950 |
|     PAYROLL TAXES | 3,910 | 3,910 | 3,910 | 11,730 |
|     POSTAGE & SHIPPING | 380 | 380 | 380 | 1,140 |
|     PROFESSIONAL FEES | 2,450 | 2,450 | 2,450 | 7,350 |
|     SEMINARS AND TRAINING | 400 | 400 | 400 | 1,200 |
|     STATIONERY & PRINTING | 150 | 150 | 150 | 450 |
|     TELEPHONES | 425 | 425 | 425 | 1,275 |
|     TRAVEL | 750 | 750 | 750 | 2,250 |
|     ENTERTAINMENT | 250 | 250 | 250 | 750 |
| Total Expenses | 37,665 | 37,665 | 37,665 | 112,995 |
|  | | | | |
| Operating Profit / Cash Flow from Operations | 6,535 | 6,535 | 6,535 | 19,605 |
|  | | | | |
| **OTHER CASH FLOW ITEMS** | | | | |
|     BOA PAYMENT | (1,000) | (1,000) | (1,000) | (3,000) |

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| Total Other Cash Flow Items | (1,000) | (1,000) | (1,000) | (3,000) |
| Surplus / (Deficit) Cash Flow | 5,535 | 5,535 | 5,535 | 16,605 |