

**U.S. Department of Justice**

*Office of the United States Trustee*
*District of New Jersey*

One Newark Center     (973) 645-3014 Telephone
Suite 2100     (973) 645-5993 Facsimile
Newark, NJ 07102

In the matter of:

                               Chapter 11

Aquatek Environmental Consulting, Inc.
Case No.: 10-22324 (NLW)

Debtor(s)

## APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Unsecured Creditors' Committee in connection with the above captioned case:

| Charles Tate | Barbara A. Bish | Santo Auriemma |
|---|---|---|
| **Accutest Laboratories** | **Brilliant Lewis Environmental Services** | **Summit Drilling Co.** |
| 2235 Route 130 | 1A Executive Drive | 9W Chimney Rock Rd. |
| Dayton, NJ 08810 | Toms River, NJ 08755 | Bound Brook, NJ 08805 |
| Tel: 732-329-0200 | Tel: 732-818-3380 X 109 | Tel: 908-722-4266 |
| Fax: 732-392-8915 | Fax: 732-818-3381 | Fax: 732-356-1009 |

                               Roberta A. DeAngelis
                               Acting United States Trustee
                               Region 3


                               By: */s/ Martha R. Hildebrandt*
                                   Martha R. Hildebrandt
                                   Assistant United States Trustee

As of: May 21, 2010
Case Attorney: Peter J. D'Auria, Esq.